IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14 cr 29-3

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| PATRICIA DAVIS, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** came on before the undersigned pursuant to a Motion to Dismiss Count Two in Bill in Information as to Named Defendants (#243) filed by the Government. It appears to the undersigned that good cause has been shown for the granting of the motion and the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Dismiss Count Two in Bill of Information as to Named Defendants (#243) is hereby **ALLOWED** and Count Two as to the Bill of Information is dismissed.

Signed: October 20, 2014

Dennis L. Howell
United States Magistrate Judge

1